UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOYCE MICHELLE DYER,

   Plaintiff,

  v.

JANE DOE *et al.*,

   Defendants.

Case No. C05-5693 FDB

ORDER ADOPTING
REPORT AND
RECOMMENDATION AND
DISMISSING COMPLAINT

 The Magistrate Judge recommends that this 42 U.S.C. § 1983 action be dismissed without prejudice for failure to prosecute. The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and ORDER:

 (1) The Court adopts the Report and Recommendation;

 (2) This action is **DISMISSED WITHOUT PREJUDICE** for failure to keep the court appraised of a current address as required by Local Rule 41 (b) (2).

 (3) Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. Karen L. Strombom.

 DATED this 8th day of June, 2006.

           FRANKLIN D. BURGESS
           UNITED STATES DISTRICT JUDGE

ORDER
Page - 1